In the Matter of the Appraisal of the Estate of FREDERICK R. HAZARD, Deceased, under Acts in Relation to Taxable Transfers of Property.—

Motion to resettle order granted, and motion for leave to appeal to the Court of Appeals granted.